UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: SEARCH WARRANT OF A RESIDENCE. | Case No. 18-mj-70663-JCS<br><br>**ORDER REFERRING PENDING MOTIONS TO THE GENERAL DUTY JUDGE**<br><br>Re: Dkt. Nos. 8, 9 |

Deepak Deshpande, a federal prisoner proceeding pro se, moves for return of property seized pursuant to a search warrant issued by this Court and to suppress evidence "in any proceedings that may be brought by any sovereign." Dkt. 8. Motions to suppress evidence in a criminal case are specifically excluded from magistrate judges' authority to decide under 28 U.S.C. § 636(b)(1)(A). While § 636(b)(1)(B) permits referring a motion to suppress to a magistrate judge for a recommendation, this Court's General Order 42 does not. And since the suppression of evidence implicates criminal rather than civil proceedings, this motion is also outside the scope of a magistrate judge's authority under 28 U.S.C. § 636(c), even if the parties were inclined to consent to such jurisdiction.

Accordingly, Deshpande's motion for return of property and to suppress evidence (dkt. 8), as well as his related "Motion for Leave to Amend by Interlineation" (dkt. 9), are hereby REFERRED to the general duty judge for resolution by a district judge not subject to those limitations of authority.

**IT IS SO ORDERED.**

Dated: October 4, 2022

JOSEPH C. SPERO
Chief Magistrate Judge